UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 06-14078-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

VICTOR HERNANDEZ-GONZALEZ,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's admissions to violations before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 7, 2012. A Report and Recommendation filed on December 12, 2012 recommended that the Defendant's admissions to violations one through six be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Court finds that the Defendant violated Numbers One and Two as set forth in the Petition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of December, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
       Counsel of record